UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE SMITH,<br><br>    Plaintiff(s),<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,<br><br>    Defendant(s). | Case No. 2:18-cv-00566-APG-NJK<br><br>**ORDER**<br><br>(Docket No. 1) |

  Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis.* Docket No. 1. The application is incomplete in numerous respects: (1) Plaintiff left blank the answer to question 4 of "How much cash do you and your spouse have?"; (2) at the bottom of the chart for question 8, Plaintiff noted $225 in monthly expenses for "Other" but failed to "specify" what those expenses are; (3) Plaintiff left blank the answer to question 9 of whether he expects major changes to his monthly income or expenses during the next 12 months; (4) Plaintiff left blank the answer to question 10 with respect to the amount of money he is paying for attorney services; and (5) Plaintiff left blank the answers to question 13 as to his city and state of legal residence, and his years of schooling. Accordingly, the application to proceed *in forma pauperis* is **DENIED** without prejudice.

//

//

//

//

No later than April 19, 2018, Plaintiff shall either file a renewed application that is complete or pay the filing fee.

IT IS SO ORDERED.

Dated: April 5, 2018

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE