Cyrus Safa
Attorney at Law: 13241
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
WILLIE SMITH

Gerald M. Welt
Attorney at Law: 1575
732 S. Sixth Street, Suite 200-D
Las Vegas, Nv 89101
Tel.: (702) 382-2030
Fax: (702) 684-5157
E-Mail: Gmwesq@Weltlaw.Com; Kwp@Weltlaw.Com
Attorneys For Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE SMITH | Case No.: 2:18-cv-00566-APG-NJK |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR REMAND/REVERSAL |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Willie Smith and Defendant Nancy A. Berryhill, Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social Security, through their undersigned attorneys,

-1-

stipulate, subject to this court's approval, to extend the time from July 26, 2018 to September 17, 2018 for Plaintiff to file a Motion for Remand/Reversal, with all other dates in the Court's Order Concerning Review of Social Security Cases extended accordingly. This is Plaintiff's second request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Due to heavy caseload, counsel is in the process of transferring cases internally and has ceased the intake of new cases to prevent future issues of sort.

DATE: July 27, 2018         Respectfully submitted,
                            LAWRENCE D. ROHLFING

                            /s/ *Cyrus Safa*
                        BY: _____
                            Cyrus Safa
                            Attorney for plaintiff Mr. Willie Smith


DATE:  July 27, 2018
                            DAYLE ELIESON
                            United States Attorney


                            /s/ *Carolyn B. Chen*
                        BY: _____
**NO FURTHER EXTENSIONS**     Carolyn B. Chen
**WILL BE GRANTED.**          Special Assistant United States Attorney
                            Attorneys for defendant Nancy A. Berryhill
                            |*authorized by e-mail|


DATED: August 1, 2018

IT IS SO ORDERED:    _____
                     UNITED STATES MAGISTRATE JUDGE

-2-